IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JACE YARBROUGH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:23-cv-00876 |
| | § | |
| THE UNITED STATES SPACE FORCE; *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL
## FOR DEFENDANT GENERAL B. CHANCE SALTZMAN

Defendant General B. Chance Saltzman, *in his individual capacity*, designates the following Trial Attorney as lead counsel in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel to receive all future notices, orders, and filings through the Courts CM/ECF system:

SHMUEL BUSHWICK
Trial Attorney, Torts Branch
Lead Attorney
New Jersey Reg. No. 073632013
U.S. Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel (202) 305-0401; Fax: (202) 616-4314
E-mail: Shmuel.bushwick@usdoj.gov

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATREO D'ALESSIO, JR.
Director, Torts Branch

ANDREA W. MCCARTHY
Deputy Director, Torts Branch

*/s/ Shmuel Bushwick*
SHMUEL BUSHWICK
Trial Attorney, Torts Branch
New Jersey Reg. No. 073632013
U.S. Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel (202) 305-0401; Fax: (202) 616-4314
E-mail: Shmuel.bushwick@usdoj.gov

ATTORNEYS FOR GENERAL B. CHANCE SALTZMAN *IN HIS INDIVIDUAL CAPACITY*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2023, a true copy of this document was electronically served on all counsel of record through use of the Courts electronic- notification system.

/s/ *Shmuel Bushwick*
Shmuel Bushwick