DEX 8



**DEPARTMENT OF THE AIR FORCE**
**UNITED STATES SPACE FORCE**
**HEADQUARTERS SPACE OPERATIONS COMMAND**

25 Aug 2021

MEMORANDUM FOR  Major Jace R. Yarbrough, USAFR

FROM: SpOC/S3/6R

SUBJECT: Letter of Admonishment

1. An investigation has disclosed that on 11 June 2021 you delivered a speech in uniform during the military retirement ceremony for SMSgt Fish in a public setting on the U.S.S. Missouri where you made comments that you fear what is happening in the military relative to "radical political factions" and how the military is fostering a culture of "incompetence and cowardice." Additionally, you criticized DOD-wide extremism training as a "thinly veiled flex of political power." Furthermore, you delivered rhetoric exhorting the audience to "let the lie come, but not through me" and challenge the "cancel culture" being pushed down through the ranks. Military members are to remain apolitical and must respect the chain of command. Your comments were insubordinate, disrespectful, and unbecoming for an officer in the military.

2. You are hereby admonished! Your lack of judgement resulted in several military members expressing displeasure with the content of your speech. This speech could have resulted in unwanted high profile media attention for you and the unit based on the content of the second half of your speech. As a military member you have the right and duty as an American citizen to voice your opinions concerning political matters, but you cannot imply those beliefs are representative of the Air Force, and your statements cannot be contemptuous. In the future I expect you to exercise better judgement and use appropriate venues for expressing personal views that align and comport with AFI 51-508 and AFI 1-1 for exercising your free speech rights. Your conduct is completely unacceptable and further deviation may result in more severe action.

3. The following information required by the Privacy Act is provided for your information. AUTHORITY: 10 USC § 9013. PURPOSE: To obtain any comments or documents you desire to submit (on a voluntary basis) for consideration concerning this action. ROUTINE USES: Provides you an opportunity to submit comments or documents for consideration. If provided, the response you submit becomes a part of the record. DISCLOSURE: Your written acknowledgment of receipt and signature are mandatory. Any other comments or documents you provide are voluntary.

4. You will acknowledge receipt of this Letter of Admonishment immediately by signing the first indorsement. Within 45 calendar days from the day you received this letter, you will provide your response by signing the second indorsement below. Any comments or documents you wish to be considered concerning this letter must be submitted at that time, and will become part of the record, consistent with AFI 36-2907, *Adverse Administrative Actions*, **paragraph**

**SEMPER SUPRA**

2

**2.4.2.5**. After receiving your response, you will be notified of my final decision regarding any comments submitted by you within 45 calendar days.

PETER J. SCHMICK, Lt Col, USAF
Chief, Space Enterprise Operations Division

Attachments:
1. Text of 11 Jun 2021 Speech provided by Maj Yarbrough
2. 2021.08.18 Responses to Questions for Jace Yarbrough
3. Excerpt of complaints
4. Statements from 6 witnesses

1st Ind to Space Enterprise Operations Division, SpOC/S3/6R, 25 Aug 2021, Letter of
Admonishment Maj Jace R. Yarbrough                                      Date

MEMORANDUM FOR Space Enterprise Operations Division, SpOC/S3/6R

I acknowledge receipt and understanding of this letter on __22 Sep 21__ at
hours.  I understand that I have 45 calendar days from the date I received this letter to provide a
response and that I must include in my response any comments or documents I wish to be
considered concerning this Letter of Admonishment.

JACE R. YARBROUGH, Maj, USAFR
Letter Recipient

2nd Ind, Maj Jace R. Yarbrough                          Date  5 Nov 21

MEMORANDUM FOR  Space Enterprise Operations Division, SpOC/S3/6R

I have reviewed the allegations contained in this Letter of Admonishment.  I am submitting the
attached documents in response. (I hereby waive my right to respond).

JACE R. YARBROUGH, Maj, USAFR
Letter Recipient

**SEMPER SUPRA**

3

3d Ind, Space Enterprise Operations Division, SpOC/S3/6R          Date 28 Dec 2021

MEMORANDUM FOR Maj Jace R. Yarbrough

(I have considered the response you submitted on 5 Nov 2021 .) (~~You waived your right to submit a response to this action~~).  I have decided to (~~withdraw the Letter of Admonishment~~) (sustain the Letter of Admonishment).

PETER J. SCHMICK, Lt Col, USAF
Chief, Space Enterprise Operations Division

4th Ind to SpOC/S3/6R, 25 Aug 2021, Letter of Admonishment
Maj Jace R. Yarbrough                                          Date

MEMORANDUM FOR  Space Enterprise Operations Division, SpOC/S3/6R

I acknowledge receipt of the final decision regarding disposition of this Letter of Admonishment on _____ at _____ hours.

JACE R. YARBROUGH, Maj, USAFR
Letter Recipient

**SEMPER SUPRA**

Exhibit A

**Honoring SMSgt Duane H. Fish,**

**On the occasion of his retirement from the Active Duty Air Force**

**Welcome**

Family, friends, distinguished guests. Welcome. As the past year has taught us, being physically present for milestones in the lives of those we love is a gift. Thank you for giving that gift to the Fish Family today.

Due to COVID regulations, a number of folks who have served with Senior could not be here, but we are grateful to have with us Col Richard "Renzy" Smith and Chief Master Sergeant Jason Farris. Gentlemen, thank you for coming.

We also have a number of proud family members here. Sgt Fish's wife Ada, and their daughter, Josephine; aunts Sharon Moss, Tia Marcia and Tia Ana, Uncle Tio Freddy, cousin Daniel Garcia, as well as Adam, Veronica, Xierra and Xerenity Provence, and Johann Barajas. And of course, the woman who's to blame . . . I mean, who is responsible for today's honoree, Sgt Fish's mother, Ms. Marjorie Stone.

The relationship between SNCOs and junior officers is a special one. The impact of a good SNCO on a young lieutenant cannot be overstated. It is not hyperbole to say that no good officer is made apart from the guidance and practical wisdom of good NCOs. SMSgt Fish was the flight superintendent for the first operational flight I ever commanded. When I consider my own formation, he looms large in my story, and I count it a privilege to call him a mentor and a friend. Senior, I was flattered when you asked me to officiate today, and it is my great honor to be here. Thank you.

And what a place to do this, huh? It was here, on the USS Battleship Missouri, in 1945, that General MacArthur accepted the unconditional surrender of the Japanese as WWII was drawing to a close. While my rhetoric will not match the significance of that event, it is appropriate to honor Senior and his distinguished career here, in this place.

**I'm speaking of course, of Ada Fish.**

Though no successful career is made alone, we are here today mostly because of the dedication, selflessness, and resilience of one person. Life in the profession of arms, while a noble calling, is frequently unstable, often frustrating, and humbling. But the selfless service of the person we honor first here today, has—directly or indirectly—touched and strengthened each of us in our distinct but shared callings. The faithfulness of this individual has been on display through 18 years, 8 moves, and one deployment in the service of our nation and our Air Force.

I am speaking, of course, of Ada Fish.

[In Spanish] Ada, tu lealtad hacia el Sargento Fish, es de gran admiracion. Pues tu haz hecho a un lado tus deseos y metas por el bienestar de tu esposo, apoyandolo en sus responsabilidades y compromiso con su pais.  Gracias por permanencer a su lado, a veces sin estar presente para darle un calido y estable hogar en el cual el puede descansar al final del dia y en el cual tu hija puede crecer y prosperar.

[Translation: Ada, your commitment to Sgt Fish, the years of laying down your own desires and goals regarding some of the most important aspects of life for you and your family for the sake of your husband and the country he serves, are to be highly commended. Thank you for standing with him, and sometimes without him, to provide a stable and warm home into which he can rest at day's end, and in which your daughter can grow and flourish.]

[In English] Homemaking is a vocation that ought to garner the highest respect from all conrers of our culture. To quote C.S. Lewis, homemaking "is surely in reality the most important work in the world." Ada, the men and women of the United States Air Force are in your debt for the great service you have given to Josephine, to Sgt Fish, and through him, to us and to a grateful nation. Thank you. [Applause]

Josephine, perhaps most blest of all, because you did not choose this life, but you were still asked to sacrifice for it. No doubt you have left dear friends, homes, and places you loved for no other reason than the Air Force said it was time to go. Such things are not easy, but I imagine they can be especially bitter for a young woman. But I know from your parents that you did not respond

to the pain of those partings nor the certain knowledge of future ones with anger, but instead built new friendships and loved new places. If you'll permit me to offer a piece of advice, as you continue to grow into a lovely young lady, remember what you learned from the unique way in which you were raised; remember that it is often the unchosen obligations in our lives that, when we bear them with humility and love, yield the sweetest fruits. Thank you for giving your father to our nation and our Air Force. And, if I may say, as junior officer who was shaped and mentored by him, thank you for giving him to me for a time.

## The high calling of the enlisted man/Sgt Fish's embodiment of Courage and Competence

Senior and I served together at the USAF Honor Guard. I was a brand new first lieutenant, and had just been given my first operational flight. At that time **M**Sgt Fish, was flight superintendent for Colors flight. He taught me that I was to expect two virtues from SNCOs: courage and competence. I think it fitting that those words should be my theme today.

## Courage.

Together Sgt Fish and I led Airman who were on the marks everyday carrying and guarding the flags of our Air Force and our Nation in ceremonies honoring the POTUS, foreign heads of state, CSAF, and fallen heroes, among others. We were responsible for roughly 50 Airmen, straight out of basic training, getting a regular paycheck for the first time in their lives, in a city that offered plenty of mischief, all with the top brass just a stone's throw away, and very interested in the optics of our unit. It was an intense time to say the least. The intensity was no doubt heightened by our office space, (or lack thereof?) which could not have been much bigger than a closet. What was it, 10' x 20'? We crammed into that room two desks with chairs, two wardrobes, one hanging rack, two ironing boards, mountains of shoe boxes full of sand paper, pledge, heel and sole, hair spray, cotton balls, baby safety pins, and enough duct tape, probably, to rebuild and entire wing of an F-15. We got to know each other very well, and it was one of the best things that could have happened to me as a young O.

I have mentioned that the nature of our mission was demanding, but our unit was challenged in other ways too. The Honor Guard is a historic unit, with many noble traditions, but for some, those traditions were more important even than the mission. Favoritism was rampant at all ranks, and many insisted on holding our Airmen to standards they themselves did not meet. These fundamental issues made leading our flight difficult. But Sgt Fish was dealt a particularly cruel hand. Due to politics at levels well above our pay grades and for reasons I won't explain here, before he even arrived to the HG, Sgt Fish was judged by our front office as a threat and was to be disfavored. As part of his "training" upon entering the unit, he was openly and intentionally disrespected by lower ranking Airmen, in front of troops he would one day be tasked to lead.

A smaller person who have folded under those circumstances, turned inward to nurse wounds and legitimate grievances, and grasped tightly to his bitterness, afraid and too angry to step out and lead in such an unjustifiably hostile environment.

Not this man. Not Senior. Our mission and our Airman mattered more to him than his righteous indignation. Than even his next promotion. He refused to be cowed even by those who held his future in their hands. It is no small thing to throw yourself into your work knowing those above you are ridiculing you unfairly, eager to take the tiniest slip up as confirmation of their pre-conceived judgement. Through this, Senior taught me to expect courage from my NCOs. Courage.

**Competence.**

But Sgt Fish's efforts paid off in a big way. For 13 months I watched him propel our Airmen to achieved things that shocked everyone, us included. This despite the harm to his status within our unit. Sgt Fish earned the respect and admiration of our troops. He couldn't and didn't rest on his rank.

It would be too tedious for me to effectively recount the things our Airmen accomplished under senior's guidance, the change he sparked in our flight. But perhaps there's no better evidence of Sgt Fish's impact than the Airmen who are coming after him. I'd like to briefly mention two of them. During our time together, Colors flight had two NCOICs: TSgts Quami King and Zach

Kuns. Each was, for a time, Sgt Fish's right-hand man. And our ops tempo was merciless. No other Airmen in our flight received more of Sgt Fish's . . . mentorship, than Sgts King and Kuns. It is no coincidence that both are now rock star SMSgts, doing great things for our Air Force. As a testament to Sgt Fish's impact and influence, one of them is here today. SMSgt King! Am I right or am I right?

There's a story, probably apocryphal, but it points a good truth, it's about one of General Ulysses S. Grant's responses during an examination at West Point. It was I believe a course in engineering, and the question was, given so many materials, of lumber and rope and tar, etc. etc., how would you build a bridge wide and stable enough to get so many troops across the Hudson River. Grant's answer: "I'd find me an NCO, and I'd tell him to build me a bridge."

That story captures well the virtues of the NCO: realistic, sober, pragmatic, down to earth because his missions are measured by real world results, sometimes deadly serious ones. He earns the respect of his Airmen because his successes or failures are obvious and evident in reality. Sgt Fish was respected by us because he delivered tough, practical results that could not be disputed. He was utterly competent.

Courage and Competence

**Especially needed now: We Practice/Encourage Fear**

If our military can be compared to man, who is one part spiritual or head, and one part animal or belly, then NCOs are the heart of the American military. And the bedrock virtues of our NCO corp.—and therefore of our military as a whole—are courage and competence. The importance of these two virtues cannot be overstated. Our aim should be always to inculcate and foster them.

But I fear we aren't. In fact, I am afraid we are simultaneously breeding their opposites: incompetence and cowardice.

The Air Force and the wider DoD are under threat, not only from without, but from within. Over the last decade, the totalizing claims of a radical political faction within our wider culture have broken into our military. This faction, time and again, has brought the culture war inside the

DoD, knowing that if it can capture our top brass, the lower ranks will salute smartly and follow. Over the past 10-15 years, we have seen our service take sides on the most controversial issues of our times. Our service has been politicized. This, I fear, is a death knell for courage and competence.

This faction of which I am speaking, embodies a militant disregard for truth enforced through threats of professional and social excommunication. What matters to these culture warriors is not objective reality, but compliance with the party message. We have seen their enforcement tactics; they cow their opponents into participation in their dishonesty through fear of professional and social retribution. This tactic is so common and consistent that we've given it a name: "cancel culture." Ordinary Americans, including our Airmen, are at risk of losing their livelihoods for saying things that, until yesterday, were matters of basic common sense and wisdom. Things like, "men can't birth babies," and "boys should not be allowed in the girls locker room."

These are intuitive, basic facts about the world. They cannot be avoided in everyday life, by everyday Americans. Denying them requires constant, maybe even continuous, self-deception. What is worse, this deception is induced by fear; when we submit to it, we are cowards. When we keep silent about the lies we see (whether to keep our jobs or merely to avoid uncomfortable situations), we bury the lie inside ourselves; we habituate ourselves to dishonesty. Our grip on objective reality slips and we are less capable and less effective in our world. By making the lie a part of ourselves, we become incompetent.

As I have said, this awful dynamic is not limited to our wider society, but has become a part of the DoD's culture. Going through the recent DOD-wide extremism training confirmed this for me. I was relieved to see that my teammates recognized that training for what it was, a thinly veiled flex of political power. I think often about one comment from a senior non-commissioned officer regarding this training. He said, "It's weird. Usually the generals and colonels would discuss this sort of issue and resolve it at that level. This feels strange that it's being pushed down to the Airmen. It's almost like they're

sending us a warning." "Warning," is the appropriate word, and it is unsurprising to me that it came from the practical wisdom of a no-BS SNCO. The message from that training, though veiled, got through: if you are on the wrong side of political questions, we will label you an extremist and give you the option of conforming, or being "rooted out."

So, what is to be done? Alexander Solzhenitsyn was soviet dissident and author. During his service in the Red Army, he was sentenced to 8 years hard labor in the gulag and internal exile for life in Kazakhstan for criticizing Joseph Stalin in private letters to a friend. While in the gulag, he came to understand that he was responsible for his abject condition. Not because he had been critical of Stalin, but because he had gone along with falsehoods and euphemisms that made such a brutal society as the Soviet Union possible.

These are his words from "A Candle in the Wind," a play he authored:

> "To stand up for truth is nothing. For truth, you must sit in jail. You can resolve to live your life with integrity. Let your credo be this: Let the lie come into the world, let it even triumph. But not through me. The simple step of a courageous individual is not to take part in the lie. One word of truth outweighs the world. In keeping silent about evil, in burying it so deep within us that no sign of it appears on the surface, we are *implanting* it, and it will rise up a thousand fold in the future."

For those Airman, and especially those NCOs, who will continue the mission once Senior moves on, decide now, today, what you will do when given the choice. Will you continue the work he started? Will you have the fortitude to insist on competence, or will you fold? If we are to get through this time of, and I know no better word for it, insanity, it will be because a critical mass of Airmen said, let the lie come, but not through me. And, God willing, when we look back on this period in our national history, we will see that many, perhaps most those Airmen came from the ranks of our NCOs.

Senior, I wish I could say that by leaving the DoD and joining Microsoft, you would not have to live with the risk of being "canceled" for voicing unapproved ideas. Quite the contrary. The

choice will come to you too, and perhaps sooner than we think. I have know doubt you'll meet it with courage and competence.

So, let's do this, shall we?

Exhibit B

- **What language did you use regarding the recent DoD extremism training?**

Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

  - **Why did you feel this to be appropriate for SMSgt Fish's retirement ceremony?**

My goal in delivering my remarks was to honor SMSgt Fish, his service, and his family. I sought, through my words, to inspire and encourage him and those in the audience to continue their faithful and honorable service.

- **Did you use language to express frustration with the current DoD civilian and military leadership?**

Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

  - **Why did you feel this to be appropriate for SMSgt Fish's retirement ceremony?**

My goal in delivering my remarks was to honor SMSgt Fish, his service, and his family. I sought, through my words, to inspire and encourage him and those in the audience to continue their faithful and honorable service.

- **What language did you use regarding the civil rights of transsexuals and the rights of transsexuals to serve in the US military?**

Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

  - **Why did you feel this to be appropriate for SMSgt Fish's retirement ceremony?**

My goal in delivering my remarks was to honor SMSgt Fish, his service, and his family. I sought, through my words, to inspire and encourage him and those in the audience to continue their faithful and honorable service.

- **Did you encourage other military members to exercise unrestricted free speech despite repercussions?**

No. I did not encourage other military members to exercise unrestricted free speech despite repercussions. I did encourage other military members to refrain from participating in speech and action they knew to be false and untrue. Please see my attached remarks, which I gave almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

- **Did you think your views could be interpreted as an endorsement by the DoD considering your appearance in a uniformed ceremonial position at a public setting?**

No. I do not think any person could reasonably interpret my remarks in that way. I traveled from my home in Dallas, Texas, to Joint Base Pearl Harbor-Hickam, Hawaii, at my own expense. I personally paid for all costs including airfare, lodging, rental car, and food. I was not on orders or in any kind of official status. I received no compensation or public remuneration of any kind. I came on my own time at the request of friend, with whom I served on active duty, who asked if I would speak at his retirement ceremony. SMSgt Fish and I served together at a pivot time in his life. We have remained close since that service together. My goal in delivering my remarks, was to honor him and inspire those in attendance to follow in his footsteps of honorable and faithful service.

- **Do you have access to, or currently have, any copies of a video recording of your retirement speech?**

I am not aware of any recordings, video or otherwise, of my remarks. The written speech I have attached is an exact copy of the remarks I read from that day. If there are any differences between the written copy I have attached and the words I spoke, those differences are slight, immaterial, and few in number. I read from the written speech I have attached almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

- **Would you be willing to provide a copy of your draft retirement speech used to honor SMSgt Fish?**

Absolutely. Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

- **How do you think your message was received and how will this experience shape future DoD related speaking engagements?**

Based on the feedback I have been given, I can say with certainty that my remarks were very well received by most of the small party present at SMSgt Fish's retirement ceremony. Immediately after the ceremony and at subsequent events that day, I received warm, sincere gratitude from the retiree, his immediate family, members of his extended family, members of his unit, another SMSgt with whom SMSgt Fish and I had served, and others in attendance. In fact, the spouse of one military member present was so appreciative of my remarks that she asked, only half in jest, if I would speak at her husband's retirement ceremony. These individuals thanked me eagerly and specifically for the words I offered.

In addition to this overwhelmingly positive feedback, I received no negative feedback regarding my remarks from anyone at the ceremony. I later learned that my remarks were, of course, not appreciated by the person(s) who complained about them.

I do not know how this will shape future DOD-related speaking engagements. I understood the reason for my presence was to honor SMSgt Fish and his service. I tried to do that through my remarks.

Exhibit C

"members were offended by the guest speakers comments"

"he definitely shared some personal view points that should not have been shared in the retirement ceremony"

"informed that there were some inappropriate comments made by the guest speaker at the subject event targeted at the LGBT community and other political issues currently taking place in our country"

"at this event feeling extremely uncomfortable and insulted"

"let you know that such comments are unnecessary and have no place in a ceremony like this"

"his comments were hurtful to a group of people"

Exhibit D

## STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

☐ SUSPECT
☒ WITNESS/COMPLAINANT

### PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 9013, Secretary of the Air Force; 18 U.S.C. 922 note, Unlawful Acts note referring to the Brady Handgun Violence Prevention Act; 28 U.S.C. 534 note, Judiciary and Judicial Procedures, note referring to the Uniform Federal Crime Reporting Act; 34 U.S.C. 20101 et seq., Crime Victims Fund; and Amendment to Lautenberg, 18 U.S.C. 922(d) (9) Unlawful Acts; DoD Directive 7730.47, Defense Incident-Based Reporting System (DIBRS); SORN F031 AF SF B; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, AF entities conducting law enforcement functions; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

### I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20210726 | 11:15 | Telephone Interview | USSF / HQ SpOC | OFFENSE |
| | | | | COMPLAINT |

### II. PERSONAL IDENTIFICATION(Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| | | |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| | | HOME | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| | | |

#### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| | | | | |

### III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT       (Suspect Only)

*I have been advised that I am suspected of the following offenses:*

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| | |

| SUSPECT INITIALS | *and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.* |
|---|---|
| | I have the right to remain silent - that is to say nothing at all |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time |
| | MILITARY ONLY:  If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY:  If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | *I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.* *I make the following choice. (Initial One)* |
|---|---|
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

*I fully understand my rights and that my signature does not constitute an admission of guilt.*

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

## IV. STATEMENT

Major Yarbrough's speech for SMSgt Fish's retirement started out normally, but when he stated SMSgt Fish had courage and that's what our leaders today need, that's when the retirement speech took a direction that was not entirely appropriate for a retirement and personally I felt uncomfortable. He was trying to pay a complement to SMSgt Fish's courage but ended spending 20+ minutes talking about courage the military needs to have to speak out against diversity and inclusion training, speaking out against "cancel culture" and other topics that had nothing to do with SMSgt Fish's retirement.

Q) Was Maj Yarbrough advocating extremist or supremacist doctrine, ideology, or causes?

-Not violence, but his language could be interpreted as supremacist. There were comments regarding men not birthing babies and how men do not belong in women's bathrooms.

Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on race, creed, color, sex, religion, ethnicity, or national origin?

-Yes, I think it could be taken that he was advocating sex discrimination as it relates to people who are transgender.

Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on sexual orientation?

-Perhaps, as it relates to people who are transgender. He encouraged military members to have the courage to stand-up to against diversity and inclusion training and to not succumb to "cancel culture" and given the comments of men not birthing babies and boys not belonging in girls' locker rooms could be interpreted as discrimination based on transgender rights.

Q) Did Maj Yarbrough advocate the use of force, violence, or criminal activity to advance efforts to deprive individuals of their civil rights?

-He said senior leadership needs to have more courage to speak out against diversity inclusion training as well as against transgender rights but did not advocate violence or force.

Q) Did Maj Yarbrough say anything in an attempt to change the outcome of any election?

-No.

Q) Was Maj Yarbrough soliciting for votes, advocating a political party, candidate, or cause?

-Not directly, but it was definitely anti-diversity and anti-inclusion language that is consistent with far-right messaging and ideology.

Q) Could it have been perceived (by you or by the public within earshot) that the Air Force is supporting or has condoned, approved, or endorsed his speech?

-Yes, he was on stage, in uniform, in a public location (USS Missouri), with a good sound system, with other Air Force, Navy, and Army members present. There were tourists that stopped during their tour of the Missouri to witness the retirement ceremony.

Q) Did Maj Yarbrough use any contemptuous language against the President, VP, Congress, the Sec Def, the Sec of the AF, or any other governor or legislature?

-Not any specific office or administration, but he was surprised that our general officers in leadership positions did not stand up against diversity and inclusion training, and instead, allowed this training to slide down to the lowest levels to be addressed.

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

SIGNATURE OF WITNESS/INTERVIEWER

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _26th_ day

of  _July_  .  _2021_  _(year)_.

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type "Page ____ of ____ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

| STATEMENT OF SUSPECT/WITNESS/COMPLAINANT | SUSPECT |
| --- | --- |
| | ☒ WITNESS/COMPLAINANT |

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 U.S.C. 9013, Secretary of the Air Force; 18 U.S.C. 922 note, Unlawful Acts note referring to the Brady Handgun Violence Prevention Act; 28 U.S.C. 534 note, Judiciary and Judicial Procedures, note referring to the Uniform Federal Crime Reporting Act; 34 U.S.C. 20101 et seq., Crime Victims Fund; and Amendment to Lautenberg, 18 U.S.C. 922(d) (9) Unlawful Acts; DoD Directive 7730.47, Defense Incident-Based Reporting System (DIBRS); SORN F031 AF SF B; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, AF entities conducting law enforcement functions; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
| --- | --- | --- | --- | --- |
| | | Telephone Interview | | OFFENSE |
| 20210629 | 13:00 | | USSF / HQ SpOC | COMPLAINT |

## II. PERSONAL IDENTIFICATION(Print or Type)

| NAME (Last, First, Middle Initial) | | SSN | | STATUS/GRADE | |
| --- | --- | --- | --- | --- | --- |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
| --- | --- | --- | --- |
| | | HOME | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
| --- | --- | --- |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
| --- | --- | --- | --- | --- |

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT    (Suspect Only)

*I have been advised that I am suspected of the following offenses:*

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
| --- | --- |

| SUSPECT INITIALS | *and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.* |
| --- | --- |
| | I have the right to remain silent – that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY:  If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY:  If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | *I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.*  I make the following choice. (Initial One) |
| --- | --- |
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |
| | *I fully understand my rights and that my signature does not constitute an admission of guilt.* |

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
| --- | --- |

**AF IMT 1168, 19980401, V2**           PREVIOUS EDITIONS ARE OBSOLETE.           PAGE 1 OF 2 PAGES

## IV. STATEMENT

Maj Yarbrough's retirement speech on 11 June on the fantail of the Battleship Missouri was professional and respectful.
I was not offended by it and there was nothing said or done that was unethical, illegal, or immoral.
His beliefs are ones that are currently being attacked by society. For instance, men and women using opposite bathrooms.
It is hard to understand how any person may have been offended by his comments as they where not directed at any person or group.

Q) Maj Yarbrough advocating extremist or supremacist doctrine, ideology, or causes?
No, absolutely not.
Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on race, creed, color, sex, religion, ethnicity, or national origin?
No
Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on sexual orientation?
No
Q) Did Maj Yarbrough have repeated offensive comments that could be perceived as sexual harassment?
No
Q) Did Maj Yarbrough advocate the use of force, violence, or criminal activity to advance efforts to deprive individuals of their civil rights?
No
Q) Did Maj Y say anything in an attempt to change the outcome of any election?
No
Q) Was Maj Y soliciting for votes, advocating a political party, candidate, or cause?
No
Q) Could it have been perceived (by you or by the public within earshot) that the Air Force is supporting or has condoned, approved, or endorsed his speech?
No, he may have even stated, "in my opinion" or something along those lines at some point regarding the bathroom comment
Q) Did Maj Y use any contemptuous language against the President, VP, Congress, the Sec Def, the AF Sec Def, or any other governor or legislature?
No. He made a comment about his concern for politics bleeding into the military. But it was not in a contemptuous manner.

It is feasible that some of the attendees may have taken clips of video, but i am not aware. If there was a video, I'd have no problem sharing it if required and requested.

Maj Yarbrough is extremely intelligent and it is possible that his comments which were made with sophisticated language at a very high level may not have been understood by all, and that they may have assumed or insinuated what he was trying to say.

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

SIGNATURE OF PERSON MAKING STATEMENT                         SIGNATURE OF WITNESS/INTERVIEWER

*Subscribed and sworn to before me, a person authorized by law to administer oaths, this*   29th   *day*

*of*   June   ,   2021   *(year).*

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

*Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ____ of ____ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.*

| STATEMENT OF SUSPECT/WITNESS/COMPLAINANT | SUSPECT | | |
|---|---|---|---|
| | ☒ WITNESS/COMPLAINANT | | |

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 U.S.C. 9013, Secretary of the Air Force; 18 U.S.C. 922 note, Unlawful Acts note referring to the Brady Handgun Violence Prevention Act; 28 U.S.C. 534 note, Judiciary and Judicial Procedures, note referring to the Uniform Federal Crime Reporting Act; 34 U.S.C. 20101 et seq., Crime Victims Fund; and Amendment to Lautenberg, 18 U.S.C. 922(d) (9) Unlawful Acts; DoD Directive 7730.47, Defense Incident-Based Reporting System (DIBRS); SORN F031 AF SF B; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, AF entities conducting law enforcement functions; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| | | Telephone Interview | | OFFENSE |
| 20210706 | 11:00 | | USSF / HQ SpOC | COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE | |
|---|---|---|---|
| | | | |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| | | HOME | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| | | |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| | | | | |

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT          (Suspect Only)

*I have been advised that I am suspected of the following offenses:*

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| | |

| SUSPECT INITIALS | *and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.* |
|---|---|
| | I have the right to remain silent - that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | *I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One)* |
|---|---|
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

*I fully understand my rights and that my signature does not constitute an admission of guilt.*

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

**AF IMT 1168, 19980401, V2**          PREVIOUS EDITIONS ARE OBSOLETE.          PAGE 1 OF 2   PAGES

## IV. STATEMENT

Q) What was your reaction to the speech and were you offended? Not offended personally, but I was blown away, uncomfortable, and embarrassed, especially in front of civilian tourists and SMSgt Fish's family members. It was supposed to be a speech about SMSgt Fish's career and I thought it might steer back to that at the conclusion of what seemed like a 30min speech, but it never did. I was actually hoping that someone would step in and stop it. I declined to stay for the post ceremony refreshments, the dinner and the evening party because of the values espoused by Maj Yarbrough, and it seemed those values also resonated with SMSgt Fish.
Q) Was Maj Yarbrough advocating extremist or supremacist doctrine, ideology, or causes? Not sure exactly, it depends on who's perspective. His speech certainly opposed DoD's extremism training and diversity training. He speech wasn't specifically advocating violence however.
Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on race, creed, color, sex, religion, ethnicity, or national origin? Not sure exactly, but the LGBTQ community would certainly have considered it to be offensive and discriminatory.
Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on sexual orientation? His speech could have definitely been construed that way due to anti-inclusion and anti-LGBTQ language.

Q) Did Maj Yarbrough have repeated offensive comments that could be perceived as sexual harassment? No

Q) Did Maj Yarbrough advocate the use of force, violence, or criminal activity to advance efforts to deprive individuals of their civil rights? Not specifically force, violence or criminal, but he did advocate that our military members should 'stand up' for our rights and speak out against the "cancel culture" movement and anti-extremism ideologies.

Q) Did Maj Y say anything in an attempt to change the outcome of any election? No

Q) Was Maj Y soliciting for votes, advocating a political party, candidate, or cause? No

Q) Could it have been perceived (by you or by the public within earshot) that the Air Force is supporting or has condoned, approved, or endorsed his speech? Yes. He never once prefaced his speech or comments with anything that sounded like, 'these are my personal opinions, not those of the Air Force nor the DoD'. He was also witnessed by civilian tourists stopping to listen in. He was also witnessed by Navy personnel participating in the ceremony.

Q) Did Maj Y use any contemptuous language against the President, VP, Congress, the Sec Def, the Sec of the AF, or any other governor or legislature? Not directly contempt per say. He did reference that our upper leadership had been infiltrated by social justice warriors and the cancel culture. He also shared a story about a Soviet soldier who was imprisoned for standing up and speaking out about his beliefs, and that we too should not be afraid to stand up and speak out despite any repercussions.

Q) Did you notice if a video camera was present and was there a videographer operating it? There was a separate video camera on a tripod that was on as I could see the ceremony on the LCD screen, but I can't confirm it was recording. I assumed it must have been the band's because of the proximity to them.

Maj Yarbrough seemed to be reading from a draft script, so an electronic version may exist.

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

SIGNATURE OF PERSON MAKING STATEMENT                SIGNATURE OF WITNESS/INTERVIEWER

*Subscribed and sworn to before me, a person authorized by law to administer oaths, this*   6th   *day*

*of*  July              ,   2021   *(year).*

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

*Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ____ of ____Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.*

| STATEMENT OF SUSPECT/WITNESS/COMPLAINANT | | | | | | SUSPECT | |
|---|---|---|---|---|---|---|---|
| | | | | | | ☒ | WITNESS/COMPLAINANT |

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 U.S.C. 9013, Secretary of the Air Force; 18 U.S.C. 922 note, Unlawful Acts referring to the Brady Handgun Violence Prevention Act; 28 U.S.C. 534 note, Judiciary and Judicial Procedures, note referring to the Uniform Federal Crime Reporting Act; 34 U.S.C. 20101 et seq., Crime Victims Fund; and Amendment to Lautenberg, 18 U.S.C. 922(d) (9) Unlawful Acts; DoD Directive 7730.47, Defense Incident-Based Reporting System (DIBRS); SORN F031 AF SF B; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, AF entities conducting law enforcement functions; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (if known) |
|---|---|---|---|---|
| 20210630 | 09:30 | Telephone Interview | HQ Space Operations Command | OFFENSE |
| | | | | COMPLAINT |

## II. PERSONAL IDENTIFICATION(Print or Type)

| NAME (Last, First, Middle Initial) | | SSN | STATUS/GRADE | |
|---|---|---|---|---|

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| | | HOME | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT  (Suspect Only)

*I have been advised that I am suspected of the following offenses:*

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|

| SUSPECT INITIALS | *and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.* |
|---|---|
| | I have the right to remain silent - that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY:  If I want a military lawyer, one will be made free of charge. |
| | CIVILIANS ONLY:  If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | *I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One)* |
|---|---|
| | I do not want a lawyer.  I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |
| | *I fully understand my rights and that my signature does not constitute an admission of guilt.* |

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|

**AF IMT 1168, 19980401, V2**          PREVIOUS EDITIONS ARE OBSOLETE.          PAGE 1 OF 2 PAGES

## IV. STATEMENT

Maj Yarbrough seemed to be using notes from a prepared script but perhaps not verbatim as his speech shifted. It started out relatively normal but then veered into a rant about transgender service members, a woke PC cancel culture, and referring to social justice warriors as enemies infiltrating the ranks of our leadership over the past 10-12 years (which coincides with the repeal of don't ask don't tell). He added that they were destroying the fabric and courage of the military. He went further about transgender people and transgender military members being an affront to god and conventional wisdom. He said something about men can't have babies and about different genders going into the other gender bathroom. He railed against the recent DoD extremism training and said that it was meant to send a message that you can't speak your mind. He also mentioned that NCO's have to deal with this and that they shouldn't tolerate it. The basic themes were about transgender people; transgender military members; & the DoD extremism training, all while in uniform, on stage, over a loud speaker, and in front of tourists.

His speech made me feel uncomfortable to be associated with another member of the military who was making these statements during an official event, on a PA system, in uniform, in a public place ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q) Maj Yarbrough advocating extremist or supremacist doctrine, ideology, or causes?
Not extremist in that he was not advocating violence, however he did openly oppose and speak against DoD's extremism training.
Yes to supremacist ideology as it relates to transgender people and transgender military being inferior

Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on race, creed, color, sex, religion, ethnicity, or national origin?
Yes as it relates to gender identity

Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on sexual orientation?
Yes
Q) Did Maj Yarbrough have repeated offensive comments that could be perceived as sexual harassment?
Yes
Q) Did Maj Yarbrough advocate the use of force, violence, or criminal activity to advance efforts to deprive individuals of their civil rights?
Not advocating force, violence, nor a call to take up arms, but rather to advocate that transgender people should not be allowed to serve in the military.
Q) Did Maj Y say anything in an attempt to change the outcome of any election? No
Q) Was Maj Y soliciting for votes, advocating a political party, candidate, or cause? No
Q) Could it have been perceived (by you or by the public within earshot) that the Air Force is supporting or has condoned, approved, or endorsed his speech? Yes as he was fulfilling an official ceremonial position, identified as the 'Host', was the most Senior Officer conducting the ceremony, was in uniform, and was using the PA system.
Q) Did Maj Y use any contemptuous language against the President, VP, Congress, the Sec Def, the AF Sec or any other governor or legislature? Yes, he stated that the enemy was infiltrating the ranks within high levels of DoD civilian and military leadership.

Video equipment was present on a tri-pod near where the Navy band was seated. A photographer was also present.

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

SIGNATURE OF PERSON MAKING STATEMENT

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SIGNATURE OF WITNESS/INTERVIEWER

*Subscribed and sworn to before me, a person authorized by law to administer oaths, this* ___ / 30th *day*

*of* June , 2021 *(year).*

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type *"(Last name of individual making the Statement) on (Date)."* At the bottom of each page, print or type: *"Page ___ of ___ Pages."* The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2     *(REVERSE)*                                   PAGE 2 OF 2 PAGES

## STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

| | |
|---|---|
| SUSPECT | |
| ☒ | WITNESS/COMPLAINANT |

### PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 9013, Secretary of the Air Force; 18 U.S.C. 922 note, Unlawful Acts note referring to the Brady Handgun Violence Prevention Act; 28 U.S.C. 534 note, Judiciary and Judicial Procedures, note referring to the Uniform Federal Crime Reporting Act; 34 U.S.C. 20101 et seq., Crime Victims Fund; and Amendment to Lautenberg, 18 U.S.C. 922(d) (9) Unlawful Acts; DoD Directive 7730.47, Defense Incident-Based Reporting System (DIBRS); SORN F031 AF SF B; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, AF entities conducting law enforcement functions; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

### I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20210706 | 09:30 | Telephone Interview | USSF / HQ SpOC | OFFENSE / COMPLAINT |

### II. PERSONAL IDENTIFICATION(Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| | | |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| | | HOME | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| | | |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| | | | | |

### III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT      (Suspect Only)

*I have been advised that I am suspected of the following offenses:*

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| | |

| SUSPECT INITIALS | *and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.* |
|---|---|
| | I have the right to remain silent - that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY:  If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY:  If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | *I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One)* |
|---|---|
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |
| | *I fully understand my rights and that my signature does not constitute an admission of guilt.* |

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

**AF IMT 1168, 19980401, V2**          PREVIOUS EDITIONS ARE OBSOLETE.          PAGE 1 OF 2   PAGES

## IV. STATEMENT

Q) Maj Yarbrough advocating extremist or supremacist doctrine, ideology, or causes?  His views were extremist in that he stated and continued on about people's beliefs being that of a "'cancel culture" and "staying woke".

Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on race, creed, color, sex, religion, ethnicity, or national origin? No

Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on sexual orientation? Yes, his personal/religious views seemed to be in conflict with the rights of the LGBTQ community to serve in the military.

Q) Did Maj Yarbrough have repeated offensive comments that could be perceived as sexual harassment? No

Q) Did Maj Yarbrough advocate the use of force, violence, or criminal activity to advance efforts to deprive individuals of their civil rights? No

Q) Did Maj Y say anything in an attempt to change the outcome of any election? No

Q) Was Maj Y soliciting for votes, advocating a political party, candidate, or cause? No

Q) Could it have been perceived (by you or by the public within earshot) that the Air Force is supporting or has condoned, approved, or endorsed his speech? Yes.  He was in uniform as the officiator in a ceremony for which tourists had stopped and gathered around to listen in though the PA system.

Q) Did Maj Y use any contemptuous language against the President, VP, Congress, the Sec Def, the Sec of the AF, or any other governor or legislature? No

Q) Did you notice if a video camera was present and was there a videographer operating it? There was a video camera located near the band.  I did not see a person operate this camera, but there was a separate photographer taking pictures throughout.

I was not personally offended by the speech, however, I was shocked that a uniformed member, officer, and lawyer would be making these comments publicly.  The speech definitely made me feel uncomfortable and embarrassed to be participating in such an event in front of public view (both tourists and family members of the retiree).  The most awkward parts of the speech were regarding a 'cancel culture', 'staying woke', 'men can't birth babies', and 'women shouldn't be allowed in men's locker rooms'.

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

SIGNATURE OF PERSON MAKING STATEMENT | SIGNATURE OF WITNESS/INTERVIEWER

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 6th day of July, 2021 (year).

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ____ of ____ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2      *(REVERSE)*

## STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

| | |
|---|---|
| | SUSPECT |
| ☒ | WITNESS/COMPLAINANT |

### PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 9013, Secretary of the Air Force; 18 U.S.C. 922 note, Unlawful Acts note referring to the Brady Handgun Violence Prevention Act; 28 U.S.C. 534 note, Judiciary and Judicial Procedures, note referring to the Uniform Federal Crime Reporting Act; 34 U.S.C. 20101 et seq., Crime Victims Fund; and Amendment to Lautenberg, 18 U.S.C. 922(d) (9) Unlawful Acts; DoD Directive 7730.47, Defense Incident-Based Reporting System (DIBRS); SORN F031 AF SF B; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, AF entities conducting law enforcement functions; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

**DISCLOSURE IS VOLUNTARY.** SSN is used to positively identify the individual making the statement.

### I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20210629 | 11:30 | Telephone Interview | USSF / HQ SpOC | OFFENSE |
| | | | | COMPLAINT |

### II. PERSONAL IDENTIFICATION(Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| ▮ | ▮ | |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| | | HOME | DUTY |
| ▮ | | | |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| ▮ | ▮ | ▮ |

#### SPONSOR INFORMATION

| NAME (Last, First, Middle initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| ▮ | | | | |

### III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT     (Suspect Only)

*I have been advised that I am suspected of the following offenses:*

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| | |

| SUSPECT INITIALS | and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
| | I have the right to remain silent - that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY:  If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY:  If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | *I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.* <br> *I make the following choice. (Initial One)* |
|---|---|
| | I do not want a lawyer.  I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer.  I will not make any statement or answer any questions until I talk to a lawyer. |
| | *I fully understand my rights and that my signature does not constitute an admission of guilt.* |

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

AF IMT 1168, 19980401, V2          PREVIOUS EDITIONS ARE OBSOLETE.          PAGE 1 OF 2  PAGES

## IV. STATEMENT

Maj Yarbrough's retirement speech on 11 June on the fantail of the Battleship Missouri was definitely unique.
His speech started off talking about a woke cancel culture, as well as made a comment about men having babies was not right.
He mentioned that military members today do not stand-up and let their voices be heard.
It sounded like he was preaching to us because his message had a religious tone to it.
I was not personally offended by it, but I could see how others could have been.
At some point I tuned out what he was saying as I didn't see how it related to the retirement ceremony ████████

Q) Maj Yarbrough advocating extremist or supremacist doctrine, ideology, or causes?
I can't confirm that. I don't feel that his comments were racist, just strong beliefs, and he did not advocate violence.
Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on race, creed, color, sex, religion, ethnicity, or national origin?
Perhaps his comment about men not birthing babies.
Q) Was Maj Yarbrough advocating ideologies or causes that encouraged or advocated illegal discrimination based on sexual orientation?
I can see where the men birthing babies comment may have been construed that way.
Q) Did Maj Yarbrough have repeated offensive comments that could be perceived as sexual harassment?
Not to my knowledge
Q) Did Maj Yarbrough advocate the use of force, violence, or criminal activity to advance efforts to deprive individuals of their civil rights?
No
Q) Did Maj Y say anything in an attempt to change the outcome of any election?
I don't recall
Q) Was Maj Y soliciting for votes, advocating a political party, candidate, or cause?
No, I don't recall
Q) Could it have been perceived (by you or by the public within earshot) that the Air Force is supporting or has condoned, approved, or endorsed his speech?
No
Q) Did Maj Y use any contemptuous language against the President, VP, Congress, the Sec Def, the AF Sec Def, or any other governor or legislature?
I don't remember exactly.

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

| SIGNATURE OF PERSON MAKING STATEMENT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| ████████ | |

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 29th day

of June , 2021 (year),

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional) At the top right of each page, print or type *(Last name of individual making the Statement) on (Date).* At the bottom of each page, print or type: *Page ____ of ____ Pages.* The individual must initial the top and bottom entries and sign his/her name at the bottom of each page