Exhibit 1
in Support of
General Saltzman's Motion to Dismiss



**DEPARTMENT OF THE AIR FORCE**
**UNITED STATES SPACE FORCE**
**HEADQUARTERS SPACE OPERATIONS COMMAND**

25 Aug 2021

MEMORANDUM FOR Major Jace R. Yarbrough, USAFR

FROM: SpOC/S3/6R

SUBJECT: Letter of Admonishment

1. An investigation has disclosed that on 11 June 2021 you delivered a speech in uniform during the military retirement ceremony for SMSgt Fish in a public setting on the U.S.S. Missouri where you made comments that you fear what is happening in the military relative to "radical political factions" and how the military is fostering a culture of "incompetence and cowardice." Additionally, you criticized DOD-wide extremism training as a "thinly veiled flex of political power." Furthermore, you delivered rhetoric exhorting the audience to "let the lie come, but not through me" and challenge the "cancel culture" being pushed down through the ranks. Military members are to remain apolitical and must respect the chain of command. Your comments were insubordinate, disrespectful, and unbecoming for an officer in the military.

2. You are hereby admonished! Your lack of judgement resulted in several military members expressing displeasure with the content of your speech. This speech could have resulted in unwanted high profile media attention for you and the unit based on the content of the second half of your speech. As a military member you have the right and duty as an American citizen to voice your opinions concerning political matters, but you cannot imply those beliefs are representative of the Air Force, and your statements cannot be contemptuous. In the future I expect you to exercise better judgement and use appropriate venues for expressing personal views that align and comport with AFI 51-508 and AFI 1-1 for exercising your free speech rights. Your conduct is completely unacceptable and further deviation may result in more severe action.

3. The following information required by the Privacy Act is provided for your information. AUTHORITY: 10 USC § 9013. PURPOSE: To obtain any comments or documents you desire to submit (on a voluntary basis) for consideration concerning this action. ROUTINE USES: Provides you an opportunity to submit comments or documents for consideration. If provided, the response you submit becomes a part of the record. DISCLOSURE: Your written acknowledgment of receipt and signature are mandatory. Any other comments or documents you provide are voluntary.

4. You will acknowledge receipt of this Letter of Admonishment immediately by signing the first indorsement. Within 45 calendar days from the day you received this letter, you will provide your response by signing the second indorsement below. Any comments or documents you wish to be considered concerning this letter must be submitted at that time, and will become part of the record, consistent with AFI 36-2907, *Adverse Administrative Actions*, **paragraph**

**SEMPER SUPRA**

Scanned with CamScanner

2

**2.4.2.5.** After receiving your response, you will be notified of my final decision regarding any comments submitted by you within 45 calendar days.

PETER J. SCHMICK, Lt Col, USAF
Chief, Space Enterprise Operations Division

Attachments:
1. Text of 11 Jun 2021 Speech provided by Maj Yarbrough
2. 2021.08.18 Responses to Questions for Jace Yarbrough
3. Excerpt of complaints
4. Statements from 6 witnesses

1st Ind to Space Enterprise Operations Division, SpOC/S3/6R, 25 Aug 2021, Letter of Admonishment Maj Jace R. Yarbrough                                                      Date

MEMORANDUM FOR Space Enterprise Operations Division, SpOC/S3/6R

I acknowledge receipt and understanding of this letter on __22 Sep 21__ at ____ hours. I understand that I have 45 calendar days from the date I received this letter to provide a response and that I must include in my response any comments or documents I wish to be considered concerning this Letter of Admonishment.

JACE R. YARBROUGH, Maj, USAFR
Letter Recipient

---

2nd Ind, Maj Jace R. Yarbrough                                                          Date  5 Nov 21

MEMORANDUM FOR Space Enterprise Operations Division, SpOC/S3/6R

I have reviewed the allegations contained in this Letter of Admonishment. (I am submitting the attached documents in response) (I hereby waive my right to respond).

JACE R. YARBROUGH, Maj, USAFR
Letter Recipient

**SEMPER SUPRA**

Scanned with CamScanner

3

3d Ind, Space Enterprise Operations Division, SpOC/S3/6R       Date 28 Dec 2021

MEMORANDUM FOR Maj Jace R. Yarbrough

(I have considered the response you submitted on 5 Nov 2021.) ~~(You waived your right to submit a response to this action)~~.  I have decided to ~~(withdraw the Letter of Admonishment)~~ (sustain the Letter of Admonishment).

PETER J. SCHMICK, Lt Col, USAF
Chief, Space Enterprise Operations Division

4th Ind to SpOC/S3/6R, 25 Aug 2021, Letter of Admonishment
Maj Jace R. Yarbrough                                          Date

MEMORANDUM FOR  Space Enterprise Operations Division, SpOC/S3/6R

I acknowledge receipt of the final decision regarding disposition of this Letter of Admonishment on _____ at _____ hours.

JACE R. YARBROUGH, Maj, USAFR
Letter Recipient

**SEMPER SUPRA**