Exhibit 1-2
in Support of
General Saltzman's Motion to Dismiss

*Response to Questions from Maj Law*

- **What language did you use regarding the recent DoD extremism training?**

Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

  - **Why did you feel this to be appropriate for SMSgt Fish's retirement ceremony?**

My goal in delivering my remarks was to honor SMSgt Fish, his service, and his family. I sought, through my words, to inspire and encourage him and those in the audience to continue their faithful and honorable service.

- **Did you use language to express frustration with the current DoD civilian and military leadership?**

Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

  - **Why did you feel this to be appropriate for SMSgt Fish's retirement ceremony?**

My goal in delivering my remarks was to honor SMSgt Fish, his service, and his family. I sought, through my words, to inspire and encourage him and those in the audience to continue their faithful and honorable service.

- **What language did you use regarding the civil rights of transsexuals and the rights of transsexuals to serve in the US military?**

Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

  - **Why did you feel this to be appropriate for SMSgt Fish's retirement ceremony?**

My goal in delivering my remarks was to honor SMSgt Fish, his service, and his family. I sought, through my words, to inspire and encourage him and those in the audience to continue their faithful and honorable service.

- **Did you encourage other military members to exercise unrestricted free speech despite repercussions?**

No. I did not encourage other military members to exercise unrestricted free speech despite repercussions. I did encourage other military members to refrain from participating in speech and action they knew to be false and untrue. Please see my attached remarks, which I gave almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

- **Did you think your views could be interpreted as an endorsement by the DoD considering your appearance in a uniformed ceremonial position at a public setting?**

No. I do not think any person could reasonably interpret my remarks in that way. I traveled from my home in Dallas, Texas, to Joint Base Pearl Harbor-Hickam, Hawaii, at my own expense. I personally paid for all costs including airfare, lodging, rental car, and food. I was not on orders or in any kind of official status. I received no compensation or public remuneration of any kind. I came on my own time at the request of friend, with whom I served on active duty, who asked if I would speak at his retirement ceremony. SMSgt Fish and I served together at a pivot time in his life. We have remained close since that service together. My goal in delivering my remarks, was to honor him and inspire those in attendance to follow in his footsteps of honorable and faithful service.

- **Do you have access to, or currently have, any copies of a video recording of your retirement speech?**

I am not aware of any recordings, video or otherwise, of my remarks. The written speech I have attached is an exact copy of the remarks I read from that day. If there are any differences between the written copy I have attached and the words I spoke, those differences are slight, immaterial, and few in number. I read from the written speech I have attached almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

- **Would you be willing to provide a copy of your draft retirement speech used to honor SMSgt Fish?**

Absolutely. Please see my attached remarks. I gave these remarks almost verbatim when I was invited to speak at SMSgt Fish's retirement ceremony.

- **How do you think your message was received and how will this experience shape future DoD related speaking engagements?**

Based on the feedback I have been given, I can say with certainty that my remarks were very well received by most of the small party present at SMSgt Fish's retirement ceremony. Immediately after the ceremony and at subsequent events that day, I received warm, sincere gratitude from the retiree, his immediate family, members of his extended family, members of his unit, another SMSgt with whom SMSgt Fish and I had served, and others in attendance. In fact, the spouse of one military member present was so appreciative of my remarks that she asked, only half in jest, if I would speak at her husband's retirement ceremony. These individuals thanked me eagerly and specifically for the words I offered.

In addition to this overwhelmingly positive feedback, I received no negative feedback regarding my remarks from anyone at the ceremony. I later learned that my remarks were, of course, not appreciated by the person(s) who complained about them.

I do not know how this will shape future DOD-related speaking engagements. I understood the reason for my presence was to honor SMSgt Fish and his service. I tried to do that through my remarks.