IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jace Yarbrough, | |
| Plaintiff, | |
| v. | Case No. 4:23-cv-00876 (ALM) |
| The United States Space Force, *et al.*, | |
| Defendants | |

## ORDER

Before the Court is the Joint Motion to Stay Discovery (Dkt. #31) submitted by all parties. The Court, having considered the parties' arguments, the facts and controlling law, and for good cause shown, finds that the Motion has merit and should in all things be GRANTED.

It is therefore ORDERED that discovery and all deadlines in this case—other than the deadlines to brief the pending motions to dismiss—are stayed until otherwise ordered by the Court.

The Clerk is directed to CANCEL March 26, 2024 Scheduling Conference.

**IT IS SO ORDERED.**

**SIGNED this 7th day of March, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE