# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JACE YARBROUGH,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES SPACE FORCE, et al.,<br><br>      Defendants. | Case No. 4:23-cv-00876 |

## PLAINTIFF'S NOTICE OF APPEARANCE

I, Erin E. Smith, am admitted to practice in this Court and I appear in this case as additional counsel of record for Plaintiff Jace Yarbrough.

Dated: January 27, 2025

                                                                          Respectfully submitted,

                                                                          */s/ Erin E. Smith*
                                                                          Erin E. Smith
                                                                          Oklahoma Bar No. 35232
                                                                          First Liberty Institute
                                                                          2001 West Plano Parkway
                                                                          Suite 1600
                                                                          Plano, Texas 75075
                                                                          Tel: (469) 440-7564
                                                                          esmith@firstliberty.org

                                                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2025, I electronically filed this Notice of Appearance through the Court's ECF system and will serve a copy on each of the Defendants according to the Federal Rules of Civil Procedure.

                                                                       */s/ Erin E. Smith*  
                                                                       Erin E. Smith