# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **JACE YARBROUGH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Case No.: 4:23-CV-00876 |
| **THE UNITED STATES SPACE FORCE, ET AL.,** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS
## TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that, effective June 1, 2026, the law firm Winston & Strawn LLP has changed its name to Winston Taylor LLP and has changed the email addresses of its attorneys. Please update the contact information of the Winston attorney on this matter and direct all future pleadings and correspondence as follows:

MICHAEL J. WOODRUM
Texas Bar No. 24121899
Mike.Woodrum@winstontaylor.com
**WINSTON TAYLOR LLP**
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Tel: (214) 453-6500

The office address and telephone number remain the same.

Please direct all future orders, copies of all notices, motions and other filings to counsel at the new firm name and email address.

1

Dated: June 2, 2026

JEFFREY C. MATEER
Texas Bar No. 13185320
jmateer@firstliberty.org
DAVID J. HACKER
Texas Bar No. 24103323
dhacker@firstliberty.org
HIRAM S. SASSER, III
Texas State Bar No. 24039157
hsasser@firstliberty.org
CHRISTOPHER J. MOTZ
(*Admitted PHV*)
Minnesota Bar No. 0395547
cmotz@firstliberty.org
ERIN E. SMITH
Texas Bar No. 24147110
esmith@firstliberty.org
**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy., Ste. 1600
Plano, Texas 75075
Tel: (972) 941-4444

ANTONY BARONE KOLENC
Florida Bar No. 0181358
tkolenc@avemarialaw.edu
*Admitted Pro Hac Vice*
**AVE MARIA SCHOOL OF LAW
VETERANS AND SERVICEMEMBERS
LAW CLINIC**
1025 Commons Circle
Naples, Florida 34119
Tel: (239) 687-5396

Respectfully submitted,

*/s/ Michael J. Woodrum*

CHAD B. WALKER
Texas Bar No. 24056484
cwalker@kslaw.com
SAMUEL RIEBE
Texas Bar No. 24136101
sriebe@kslaw.com
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, Texas 75201
Tel: (214) 764-4600

MICHAEL J. WOODRUM
Texas Bar No. 24121899
Mike.Woodrum@winstontaylor.com
**WINSTON TAYLOR LLP**
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Tel: (214) 453-6500

*Counsel for Plaintiff Jace Yarbrough*

2