**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JACE YARBROUGH,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THE UNITED STATES SPACE FORCE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 4:23-cv-00876-ALM |

**<u>ORDER</u>**

This matter comes before the Court on Plaintiff and the Agency and Official-Capacity Defendants' Joint Motion to Stay Proceedings (Dkt. #67).  For the reasons stated in the parties' Joint Motion and finding that good cause having been shown, it is hereby

**ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED**.  It is further

**ORDERED** that all remaining deadlines set forth in the Court's Scheduling Order dated March 5, 2026 (Dkt. No. 65) are **STAYED** pending further order of the Court.  It is further

**ORDERED** that this case is **HELD IN ABEYANCE** pending further order of the Court. It is further

**ORDERED** that the parties shall file a joint status report apprising the Court of the status of their settlement discussions on or before September 30, 2026.

    **IT IS SO ORDERED**.

    **SIGNED this 29th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE